698

Leo P. McLAUGHLIN, Appellant, v.
STATE OF ARKANSAS.

No. 13600.

Circuit Court of Appeals, Eighth Circuit.

Nov. 1, 1947.

C. Floyd Huff, Jr., of Hot Springs, Ark., and Henry Donham, of Little Rock, Ark., for appellant.

Sidney S. McMath and Nathan L. Schoenfeld, both of Hot Springs, Ark., for appellee.

PER CURIAM.

Appeal from order of District Court dismissed at costs of appellant, on motion of appellee.

---

Richard J. THOMAS, Appellant, v. UNITED STATES of America.

No. 13658.

Circuit Court of Appeals, Eighth Circuit.

Nov. 7, 1947.

Richard J. Thomas, pro se.

PER CURIAM.

Motion of appellant for leave to proceed in forma pauperis on appeal from orders of the District Court of the United States for the Eastern District of Missouri of October 13, 1947, overruling motion to set aside or vacate and to correct judgment and sentence, etc., denied.

---

Archie JOHNSON et al., Appellants, v.
Wiley JOHNSON.

No. 13632.

Circuit Court of Appeals, Eighth Circuit.

Nov. 24, 1947.

C. M. Martin, of Camden, Ark., W. C. Medley, of Hampton, Ark., and J. R. Wilson, of El Dorado, Ark., for appellants.

R. H. Peace, of El Dorado, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

---

Sidney J. THOMPSON, Petitioner, v. Dr. M. J. PESCOR, Warden, U. S. Medical Center, Springfield Missouri.

No. 13655.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1947.

Sidney J. Thompson, pro se.

PER CURIAM.

Motion of petitioner for leave to appeal in forma pauperis from order of District Court of the United States for Western District of Missouri of October 8, 1947, dismissing petition for writ of habeas corpus, denied.